**Order entered July 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00339-CV

## PONDEROSA PINE ENERGY, LLC, NIXON PEABODY, LLP, AND SHANNON, GRACEY, RATLIFF & MILLER, LLP, Appellants

### V.

## ILLINOVA GENERATING COMPANY N/K/A ILLINOVA CORPORATION, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04536**

## ORDER

Appellants are represented by Texas counsel, Joseph W. Spence and B. Frank Cain, and out-of-state counsel, Frank H. Penski, Constance M. Boland, and Abigail T. Reardon. Together, they have filed appellants' brief on the merits. They have also filed an unopposed motion, pending before us, for extension of time to file reply brief. Our records do not reflect Mr. Penski, Ms. Boland, and Ms. Reardon have filed in this appeal a motion for admission pro hac vice in accordance with rule XIX(a) and (c) of the Rules Governing Admission to the Bar of Texas. *See* TEX. R. GOVERNING BAR ADMISSION XIX(a),(c); *see also* TEX. GOV'T CODE ANN. § 82.0361(b) (West 2013) (requiring payment of non-resident attorney fee). Accordingly, they are not allowed to participate in the proceedings in this cause. However, because the brief is signed by Mr. Cain, it is considered duly filed. Further, because the motion is signed by Mr. Spence, we

**GRANT** the motion and **ORDER** the brief be filed no later than August 4, 2015.  Should out-of-state counsel wish to participate in this appeal, they shall file the required motion.

/s/ CRAIG STODDART
JUSTICE